# CASE ANNOUNCEMENTS

*December 18, 2007*

[Cite as *12/18/2007 Case Announcements,* 2007-Ohio-6742.]

## MOTION AND PROCEDURAL RULINGS

**2007–0754. State v. Nucklos.**
Clark App. No. 06CA0023, 171 Ohio App.3d 38, 2007-Ohio-1025. This cause is pending before the court as an appeal from the Court of Appeals for Clark County. Upon consideration of appellee's motions to participate in oral argument and to extend time for oral argument,
It is ordered by the court that the motions are denied.

**2007–1530. Serge v. Reconstructive Orthopaedics & Sports Medicine, Inc.**
Butler App. No. CA2006–04–081, 2007-Ohio-3354. This cause is pending before the court as a discretionary appeal. On August 15, 2007, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,
It is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2007–1554. State v. Miller.**
Hamilton App. No. C-070492. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On August 17, 2007, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,
It is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–1874. State ex rel. OmniSource Corp. v. Self–Insuring Emps. Evaluation Bd.**
Franklin App. No. 06AP–650, 2007-Ohio-4452.

**2007–1925. State ex rel. Newell v. Jackson.**
Jackson App. No. 06CA20.